```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
                                  :
UNITED STATES OF AMERICA
                                  :
   v.                             :  Criminal No. DKC 12-0640-1
                                  :
HAROLD DWANE BARTRUM
                                  :
```

**MEMORANDUM OPINION AND ORDER**

Petitioner Harold Dwane Bartrum was sentenced on February 27, 2014, to sixty-four (64) months incarceration followed by five (5) years of supervised release, for his conviction of conspiracy to distribute and possess with intent to distribute controlled substances.  (ECF No. 305).  The court reduced his sentence to 51 months pursuant to 18 U.S.C. § 3582 as a result of Amendment 782 to the Sentencing Guidelines on March 10, 2015.  (ECF No. 464).

Mr. Bartrum filed the instant motion on September 12, 2019, requesting a reduction of his sentence and release from prison pursuant to Section 603(b) of the First Step Act which amended 18 U.S.C. § 3582(c)(1)(A) by giving district courts jurisdiction to modify a term of imprisonment for compassionate release.  (ECF No. 561).  Consistent with this court's practice, the motion was referred to the Federal Public Defender to determine whether that office would represent the defendant and pursue relief on his behalf.  A letter was sent to Mr. Bartrum notifying him of that procedure.

The court has heard, informally, from the Public Defender that Mr. Bartrum is not serving the sentence imposed by this court. He has completed that sentence and is now serving a consecutive sentence imposed by the Superior Court of the District of Columbia. If Mr. Bartrum is not serving the sentence imposed by this court, then the Maryland Office of the Federal Public Defender cannot represent him and this court cannot consider the relief requested. As a result, Mr. Bartum's motion for a reduction of sentence and release from prison (ECF No. 561) will likely be denied. Nevertheless, given the uncertainty, Mr. Bartrum will have 30 days to notify the court whether he is serving a Maryland federal sentence or a Superior Court of the District of Columbia parole violation sentence.

Accordingly, it is this 22nd day of April, 2020, by the United States District Court for the District of Maryland, ORDERED that:

1. Petitioner notify the court whether he is serving a Maryland federal sentence or a Superior Court of the District of Columbia parole violation sentence within 30 days; and

2. The Clerk is directed to transmit a copy of this Order to Petitioner and counsel of record.

                                                       /s/
                                      DEBORAH K. CHASANOW
                                      United States District Judge